IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DOUGLAS SARCOPSKI and
SHARON SARCOPSKI,

    Plaintiffs,

v.                                           Civil Action No. 5:17CV41
                                                  (STAMP)
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
RICHARD B. KASDAN, M.D. and
CENTRE COMMONS MRI, P.C.,

    Defendants.

## **ORDER OF DISMISSAL**

This Court has been advised that the matters in controversy in the above-styled civil action have been compromised and settled. Therefore, it is ORDERED that this civil action be, and the same is hereby, DISMISSED WITH PREJUDICE and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days. Accordingly, any pending motions are DENIED AS MOOT.

Each party shall bear his or its court costs and attorney's fees. Further, the hearing on the motions in limine and the trial are hereby VACATED.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

IT IS SO ORDERED.

The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

DATED:  December 6, 2018

                                                          /s/ Frederick P. Stamp, Jr.
                                                          FREDERICK P. STAMP, JR.
                                                          UNITED STATES DISTRICT JUDGE